**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 242 MAL 2019

        Respondent             :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Superior Court

        v.                            :

                                :

DAVID STEWARD,                  :

                                :

        Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.